**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN JOSEPH FISHER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; TODD CARPENTER; ROXANA ENRIQUEZ; JAVIER MARQUEZ, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 8:16-CV-01866-CJC (KES)<br><br>*Assigned to:*<br>*Hon. Cormac J. Carney – Crtrm 9B*<br><br>**JUDGMENT** |

The arguments having been presented and fully considered, and in accordance with the Court's February 14, 2018 Order granting summary judgment in favor of Defendants Todd Carpenter, Roxana Enriquez, and Javier Marquez on Plaintiff Bryan Fisher's operative First Amended Complaint,

It is therefore now **ORDERED, ADJUDGED, and DECREED** that judgment is entered in this action as follows:

1. Plaintiff Bryan Fisher shall recover nothing from Defendants Todd Carpenter, Roxana Enriquez, and Javier Marquez on Plaintiff Bryan Fisher's operative First Amended Complaint, and his claims are dismissed on their merits and with prejudice;

2. Defendants Todd Carpenter, Roxana Enriquez, and Javier Marquez shall have judgment in their favor on Plaintiff Bryan Fisher's operative First Amended Complaint; and

3. Defendants shall recover from Plaintiff Bryan Fisher costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

**IT IS SO ORDERED.**

DATED: February 22, 2018

By: _____
**HON. CORMAC J. CARNEY**
United States District Court Judge